# United States Court of Appeals

## For the Eighth Circuit

_____

No. 13-3346

_____

Brandon Scroggin

*Plaintiff - Appellant*

v.

Credit Bureau of Jonesboro, Inc.

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Jonesboro

_____

Submitted: August 5, 2014
Filed: August 15, 2014
[Unpublished]

_____

Before BYE, SMITH, and KELLY, Circuit Judges.

_____

PER CURIAM.

Brandon Scroggin appeals an order of the district court,[1] directing him to pay attorney's fees as a sanction for deliberately misusing the judicial process. After

_____

[1] The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

careful review, we find no abuse of the district court's broad discretion to sanction a party under its inherent powers. <u>See</u> <u>Chambers v. NASCO, Inc.</u>, 501 U.S. 32, 56-57 (1991) (party's deliberate misuse of judicial process was sanctionable under court's inherent powers; amount of award was warranted by, inter alia, need to ensure abuses would not be repeated); <u>Kelly v. Golden</u>, 352 F.3d 344, 352 (8th Cir. 2003) (district court has broad discretion to decide appropriate sanctions); <u>Lamb Eng'g & Constr. Co. v. Nebraska Pub. Power Dist.</u>, 103 F.3d 1422, 1435 (8th Cir. 1997) (inherent power depends on conduct during litigation, not on which party wins); <u>see also</u> <u>Marx v. Gen. Revenue Corp.</u>, 133 S. Ct. 1166, 1175-76 (2013) (district court has inherent power to award attorney's fees, notwithstanding attorney's fees provisions of Federal Debt Collection Practices Act).

      Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____